No. 81–887.   HOWARD *v.* COLORADO ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 81–889.   HARRISON *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–913.   VALERIO ET AL. *v.* BOISE CASCADE CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–919.   MARTENS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–946.   NESS *v.* UNITED STATES; SWAIN *v.* UNITED STATES; and PITT *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 652 F. 2d 890 (first case); 659 F. 2d 1091 (second and third cases).

No. 81–948.   MENIUS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–5204.   BRYAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5396.   ALLEN ET AL. *v.* PIERCE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–5435.   NOE *v.* METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–5441.   BROWN *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 81–5461.   VAN SCOY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–5557.   GITLITZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.